

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30517
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Kimberly Roshay Allen–Horton
3000 Gloryland Ave
1401
Charlotte, NC 28213
Social Security No.: xxx–xx–7688

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 05/28/2026 as document(s) # 17 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.
The document was not docketed using the correct event.This document does not need to be re–docketed, but in the future please use the correct event, which is located:
Motion includes Co–Debtor stay. In the future, please select Co–Debtor when filing Motion for Relief from Stay if Co–Debtor is included.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 29, 2026                                                Christine F Ramsey
                                                                   Clerk of Court

Electronically filed and signed (5/29/26)